UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Petitioner, )<br> )<br>　　v. )<br> )<br>GEORGE LAFOUNTAINE III, )<br>　　　　　Respondent. ) | Civil No.  2:12-cv-00050 |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

The United States of America, by its attorney, Tristram J. Coffin, United States Attorney for the District of Vermont, hereby gives notice, pursuant to Rule 41(a)(1)(A), of dismissal of the above-captioned Petition to Enforce Internal Revenue Service Summons, without prejudice, before service of an answer by the Respondent.  Dismissal of this proceeding is sought because the Respondent is cooperating with the Internal Revenue Service.  The United States reserves any and all rights to institute further proceedings in the future and this dismissal shall not operate as an adjudication on the merits.

Dated at Burlington, in the District of Vermont, this 16th day of April, 2012.

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　　　　　TRISTRAM J. COFFIN
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:  /s/ *Melissa A. D. Ranaldo*
　　　　　　　　　　　　　　　　　　　　MELISSA A. D. RANALDO
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　P.O. Box 570
　　　　　　　　　　　　　　　　　　　　Burlington, VT  05402
　　　　　　　　　　　　　　　　　　　　(802)951-6725
　　　　　　　　　　　　　　　　　　　　Melissa.Ranaldo@usdoj.gov